**Electronically Filed
Supreme Court
SCWC-17-0000543
20-FEB-2019
01:26 PM**

SCWC-17-0000543

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

ADRIAN-JOHN C. BRINGAS,
also known as ADRIANJOHN BRINGAS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000543; CRIMINAL NO. 16-1-0617)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.,)

Petitioner/Defendant-Appellant Adrian-John C. Bringas'

application for writ of certiorari filed on January 14, 2019, is

hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding

scheduling.

DATED:  Honolulu, Hawaiʻi, February 20, 2019.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

